# EXHIBIT 1

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

United States Patent and Trademark Office

Reg. No. 3,029,619
Registered Dec. 13, 2005

## TRADEMARK
## PRINCIPAL REGISTER



GENEVA LABORATORIES LIMITED (BR.VIRGIN ISLANDS COMPANY)
VAN NIJENRODEWEG 978
AMSTERDAM, NETHERLANDS 1081 ET

FOR: ESSENTIAL OILS FOR PERSONAL USE, COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

THE LINES IN THE MARK ARE A FEATURE OF THE MARK AND DO NOT INDICATE COLOR.

THE MARK CONSISTS OF HORIZONTAL LINES FORMING THE SHAPE OF A DROP, WITH THE STYLIZED WORDS "BIO-OIL" ABOVE THE DESIGN.

SN 76-294,838, FILED 8-2-2001.

JEFFERY COWARD, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# BIO-OIL

**Reg. No. 4,454,698**
**Registered Dec. 24, 2013**
**Int. Cl.: 3**

**TRADEMARK**
**PRINCIPAL REGISTER**

GENEVA LABORATORIES LIMITED (BR.VIRGIN ISLANDS COMPANY)
PALM GROVE HOUSE
P. O. BOX 438
ROAD TOWN TORTOLA, BR.VIRGIN ISLANDS

FOR: COSMETICS; ESSENTIAL OILS FOR PERSONAL USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,029,619.

SER. NO. 85-927,144, FILED 5-9-2013.

KELLY TRUSILO, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,387,975**
**Registered Jan. 23, 2018**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

Geneva Laboratories Limited (VIRGIN ISLANDS, BRITISH COMPANY)
Palm Grove House, Box 438
Road Town Tortola, BR.VIRGIN ISLANDS

CLASS 3: Cosmetics; Essential oils for personal use

FIRST USE 9-11-2017; IN COMMERCE 9-11-2017

The color(s) orange is/are claimed as a feature of the mark.

The mark consists of horizontal orange lines forming the shape of a drop with the stylized word "BIO-OIL" below the design also in orange.

OWNER OF U.S. REG. NO. 3029619, 4454698

SER. NO. 87-247,057, FILED 11-23-2016



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

United States Patent and Trademark Office

Reg. No. 3,362,509
Registered Jan. 1, 2008

## TRADEMARK
PRINCIPAL REGISTER

# PURCELLIN OIL

GENEVA LABORATORIES LIMITED (BR.VIRGIN ISLANDS CORPORATION)
VAN NIJENRODEWEG 978
AMSTERDAM, NETHERLANDS 1081 ET

FOR: CHEMICAL EMOLLIENT SOLD AS A COMPONENT INGREDIENT OF SKIN CARE PRODUCTS, NAMELY SKIN CREAMS, LOTIONS AND OILS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OIL", APART FROM THE MARK AS SHOWN.

SER. NO. 78-954,706, FILED 8-17-2006.

CHRISTINA SOBRAL, EXAMINING ATTORNEY