AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Geneva Laboratories Limited ; and Union-Swiss (Proprietary) Limited <br><br> *Plaintiff(s)* <br> v. <br> Beauty New King Inc. (a/k/a "Beauty and New King Inc."); Beauty & Cosmetics Network Corp.; Young Bae Kang (a/k/a "John Kang"); Theresa Kang; XYZ Companies 1-5; and John Does 1-5 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19cv1935 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Beauty New King Inc. (a/k/a "Beauty and New King Inc.")
14-20 129th Street
College Point, New York 11356

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth S. Weitzman, Esq.
Weitzman Law Offices, LLC
425 Eagle Rock Avenue, Suite 102
Roseland, NJ 07068
Tel. (973) 403-9940

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 4/3/2019

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*



# AMENDED AFFIDAVIT OF SERVICE

| COURT: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | INDEX#: 1 19 CV 01935 MKB CLP |
|---|---|
| | DATE PURCHASED: |

**PLAINTIFF/PETITIONER:**
GENEVA LABORATORIES LIMITED, ET AL

**DEFENDANT/RESPONDENT(S):**
BEAUTY NEW KING INC. A/K/A BEAUTY AND NEW KING INC., ET AL

**DOCUMENTS:**
SUMMONS AND COMPLAINT, EXHIBIT

STATE OF NEW YORK : COUNTY OF NASSAU
Javon Cummings, the undersigned, being duly sworn, deposes and says:

On 04/08/2019 at 12:19 PM, at 14-20 129TH STREET, COLLEGE POINT, NY11356, deponent served the within SUMMONS AND COMPLAINT, EXHIBIT on BEAUTY NEW KING INC. A/K/A BEAUTY AND NEW KING INC. C/O YOUNG BAE KANG, OFFICE/DIRECTOR in the manner indicated below:

**MANNER OF SERVICE:**
By delivering thereat a true copy of each and leaving with BEAUTY NEW KING INC. A/K/A BEAUTY AND NEW KING INC. C/O YOUNG BAE KANG, OFFICE/DIRECTOR a true copy of the aforementioned documents. The deponent knew the person served to be the GENERAL AGENT, YOUNG BAE KANG, who stated he/she is AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF of the corporation.

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**
Sex: Male - Skin: Asian - Hair: Gray - Age: 65-70 - Height: 5ft 9" - 6ft - Weight: 181-200lbs

Sworn to and subscribed before me on 04/23/2019
Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/19

X_____
Javon Cummings
License#: 2036513
Atty#: 20190405125008

GUARANTEED SUBPOENA SERVICE, INC., 2009 MORRIS AVENUE, UNION, NJ, 07083
WEITZMAN LAW OFFICES LLC, 425 EAGLE ROCK AVE, ROSELAND, NJ07068